# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION


| | | |
|---|---|---|
| **American Family Life Insurance** | ) | |
| **Company**, | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | Case No. 4:09CV01933 MLM |
| | ) | |
| **David Halterman,** | ) | |
| | ) | |
| Defendant. | ) | |


## ORDER


The above-styled case was filed in the Eastern Division of this court on November 24, 2009, and assigned to the Honorable Mary Ann L. Medler. Because the jurisdiction of this matter lies in the Northern Division of this district, this case should have been assigned a Northern Division case number.

IT IS HEREBY ORDERED that the above styled cause is transferred to the Northern Division of this court and assigned Case No.2:09cv0062 DDN. The Honorable David D. Noce will preside.

Case No. 4:09cv01933 MLM is hereby administratively closed. Judge Medler's name will be replaced for future assignment.


Dated this 1st day of December, 2009.


James G. Woodward, Clerk of Court

By: /s/ Karen Moore, Deputy Clerk


Please refer to Case No. **2:09cv0062 DDN** in all future matters concerning this case.